# COUNTY OF SUFFOLK



**STEVE BELLONE**
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. BROWN**<br>SUFFOLK COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

September 4, 2014

Hon. Judge Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

    Re:    *Milagros Robles and Jose Robles v. County of Suffolk et al.*
            13-CV-2315 (LDW) (GRB)

Dear Judge Wexler:

This office represents Defendants in the above-captioned matter.  Pursuant to the Court's Request for a Status Report dated September 2, 2014, this is to advise the Court that the Stipulation and Order of Voluntary Dismissal has now been received by the undersigned and is being filed with the Court herewith.  Plaintiff's counsel advised me that after the settlement documents were originally forwarded to them in February, he had difficulty contacting his clients and that Plaintiffs misplaced the settlement documents.  This office finally received the fully executed stipulation last week while I was out of the office.

We thank the Court for its consideration in this regard.

Respectfully submitted,

Dennis M. Brown
Suffolk County Attorney

*Christopher M. Gatto*
By:  Christopher M. Gatto
Assistant County Attorney

cc:    Scott Lockwood, Esq. (By ECF)